IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL ACTION NO. 91-00518 |
| JORGE FIGUEROA | |

### ORDER

**AND NOW**, this 4th day of November 2020, upon consideration of Jorge Figueroa's Motion for Release (ECF No. 84) and the Government's Response (ECF No. 86), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.