# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA :

    v. : **CRIMINAL NO. 91-518**

JORGE FIGEUROA :


### GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S SECOND MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i)


Defendant Jorge Figueroa has presented a second motion for compassionate release. In the motion, he basically makes the same presentation that this Court deemed insufficient when denying his first motion on November 4, 2020 (ECF 90), that he has served over 30 years in prison with good behavior in recent years, and at age 62 presents a variety of health conditions.

Ordinarily, our simple response would be that a motion resubmitted on the same grounds should be denied.[1] However, Figueroa's recent medical records (that are filed as an attachment to this response) reveal that he in fact presents a new and serious condition that he does not mention in his motion: malignant neoplasm of the stomach. Upon full consideration of the matter, we are sympathetic to his situation, but believe that compassionate release is not warranted at this time.

---

[1] This Court's ruling denying compassionate release was summarily affirmed by the Third Circuit. *United States v. Figueroa*, 850 F. App'x 818 (3d Cir. 2021).

For six months beginning in late 2020, Figueroa complained of abdominal pain, nausea, and constipation, and presented a significant loss of weight. A scan was performed on April 15, 2021, which revealed B cell lymphoma. He started chemotherapy on May 2, 2021, and spent time in the hospital. He began radiation treatment in October 2021. Recent medical notes suggest that he is doing well. He is taking Rituxan, which is a form of immunotherapy, and is scheduled to take that treatment for two years. He continues to engage in all ordinary activities of daily living.

He has not been diagnosed with a terminal condition, though of course there is reason for concern. According to the National Institute of Health, the survival rates for persons with b-cell lymphoma being treated with Rituxan generally range from 28% to 68%.[2] Further, while Figueroa has been fully vaccinated against COVID-19 (his most recent Pfizer booster was on August 27, 2021), there is a higher risk of infection and illness for a person receiving immunotherapy.

Notwithstanding these circumstances, this Court's conclusions on November 4, 2020, suggest that relief should still be denied. As this Court explained, Figueroa is not only serving a life sentence imposed in this district for attempting to import a massive amount of cocaine on behalf of an international drug trafficking cartel, but also has served just over half of a concurrent 262-month sentence imposed in the Eastern District of New York for his participation in another large drug trafficking conspiracy while in

---

[2] *See Impact of Rituximab (Rituxan) on the Treatment of B-Cell Non-Hodgkin's Lymphoma,* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2844047/#:~:text=The%20O RR%20of%2068%25%20included,in%20patients%20with%20relapsed%20DLBCL.

federal prison. Figueroa would require relief in both cases in order to be released. In the

New York case (E.D.N.Y. no. 04-515-07), on November 23, 2020 (ECF 638), United

States District Judge Kiyo A. Matsumoto denied a motion for compassionate release,

adopting the reasoning of this Court. Figueroa has not renewed a request for relief in that

court.

In all of these circumstances, there is not a sufficient basis to change this Court's

judgment that relief is not warranted upon consideration of all relevant factors, including

those stated in 18 U.S.C. § 3553(a).[3] With respect to his medical condition, he is

receiving comprehensive care in BOP custody; he does not currently present a terminal

illness, or show that he is unable to provide self-care in the institution. *See* U.S.S.G.

§ 1B1.13 app. note 1(A) (providing guidance regarding circumstances supporting

compassionate release). And while COVID-19 presents a risk, that is true in the

community as well, while BOP continues to engage in strenuous efforts to mitigate the

risk, through a comprehensive vaccination program and numerous changes in prison

management.[4]

---

[3] Consistently, on January 30, 2019, even though the government supported Figueroa's motion at that time for a reduction of his sentence from life imprisonment to 360 months, under Section 404 of the First Step Act, this Court denied that relief, upon assessment of the nature of Figueroa's serious criminal conduct. *See* ECF 76.

[4] Figueroa is held at FMC Butner, a medical facility. Of the 800 inmates there, 7 are currently reported positive for COVID-19 and are isolated as they recover.

At present, with respect to COVID mitigation measures, BOP assigns an operation level (Level 1 ("minimal modifications"), Level 2 ("moderate modifications"), and Level 3 ("intense modifications")) based on the institution's COVID-19 medical isolation rate, the combined percentage of staff and inmate completed vaccinations series, and the

The government therefore submits that the new motion should be denied, though Figueroa should alert the Court if there is any change in his condition or prognosis that should warrant further assessment.

                                        Respectfully yours,

                                        JENNIFER ARBITTIER WILLIAMS
                                        United States Attorney


                                        */s Robert A. Zauzmer*
                                        ROBERT A. ZAUZMER
                                        Assistant United States Attorney
                                        Chief of Appeals


                                        */s Robert J. Livermore*
                                        ROBERTJ J. LIVERMORE
                                        Assistant United States Attorney

---

transmission rate in the surrounding county. This assessment is reviewed daily. The entire Butner complex, that also includes a low-security institution and two medium-security institutions, is presently at Level 2. A great deal of specific information regarding the criteria for each operation level, and the mitigation measures employed at each level, is presented at https://www.bop.gov/coronavirus/covid19_modified_operations_guide.jsp.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading has been served by first-class mail,

postage prepaid, upon:


        Mr. Jorge Figueroa
        44617-066
        FMC Butner
        P.O. Box 1600
        Butner, NC  27509


                           */s Robert J. Livermore*
                           ROBERT J. LIVERMORE
                           Assistant United States Attorney


Dated:  May 16, 2022.